NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

06-173


REGINA G. VIATOR

VERSUS

SIDNEY S. LONG


**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 101,716-A
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and J. David Painter, Judges.

                                        AFFIRMED.

Burton E. Cestia, Jr.
Burke & Cestia
P. O. Box 10337
New Iberia, LA 70562-0337
(337) 365-6628
Counsel for Plaintiff/Appellee:
        Regina G. Viator

**Edward Paul Landry**
**Landry & Watkins**
**P. O. Drawer 12040**
**New Iberia, LA 70562-2040**
**(337) 364-7626**
**Counsel for Intervenor/Appellee:**
     **WACLAC, Inc.**

**P. Charles Calahan**
**P. O. Box 9547**
**New Iberia, LA 70562-9547**
**(337) 365-8046**
**Counsel for Defendant/Appellant:**
     **Sidney S. Long**